1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JANELLE FOSTER,

1:15-cv-01268-SKO (HC)

12

Petitioner,

13

v.

ORDER TRANSFERRING CASE TO THE
SACRAMENTO DIVISION OF THE
EASTERN DISTRICT OF CALIFORNIA

14

D.K. JOHNSON,

15

Respondent.

16

17

18

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

19

28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

20

§ 1915.

21

The petitioner is challenging a conviction from Sutter County, which is part of the

22

Sacramento Division of the United States District Court for the Eastern District of California.

23

Therefore, the petition should have been filed in the Sacramento Division.

24

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25

court may, on the court's own motion, be transferred to the proper court. Therefore, this action

26

will be transferred to the Sacramento Division. Good cause appearing,  IT IS HEREBY

27

ORDERED that:

///

28

1

Case 1:15-cv-01268-SKO   Document 4   Filed 08/21/15   Page 2 of 2

1      1.  This action is transferred to the United States District Court for the Eastern District of

2   California sitting in Sacramento; and

3      2.  All future filings shall reference the new Sacramento case number assigned and shall

4   be filed at:

5                    United States District Court
                     Eastern District of California
6                    501 "I" Street, Suite 4-200
                     Sacramento, CA 95814

7

8      3.  This court has not ruled on petitioner's request to proceed in forma pauperis.

9

10  IT IS SO ORDERED.

11      Dated:   **August 21, 2015**              **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2